ESTELLE M. BRENNAN, Respondent, *v.* J. B. WHITE MOTOR COMPANY, Appellant, Impleaded with Others.

*Negligence — master and servant — motor vehicles — action for personal injuries received by passenger in automobile through collision with another driven by servant of defendant — use of car by employee to go to his supper — when in course of employment.*

*Brennan* v. *White Motor Co.*, 210 App. Div. 533, affirmed.
(Argued March 2, 1925; decided March 31, 1925.)

APPEAL from a judgment, entered November 19, 1924, upon an order of the Appellate Division of the Supreme Court in the third judicial department which reversed a judgment in favor of defendants entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint and reinstated said verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while riding as a passenger in an automobile was injured through a collision with another automobile owned by defendant, appellant, and driven by one of its employees. The question was whether the defendant's employee was using the car in the course of his employment or for his own purposes at the time of the accident. It appeared that he had taken the car to go to his supper, and that while he had no specific permission to do so, it was his custom and his employer knew and consented thereto.

*Benjamin P. Wheat* for appellant.
*Harold H. Corbin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.